# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Richard Bulster

V.

Cingular Wireless, LLC, AT&T Mobility LLC, and
Does 1-25

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV1998-BTM-CAB

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all of Plaintiff's claims are Dismissed with prejudice, with each party to bear its own costs.

| October 24, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON October 24, 2011 |

09CV1998-BTM-CAB